UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-04469-AH-MARx | Date | July 23, 2026 |
| Title | *Sergey Firsov v. Polskie Linie Lotnicze* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILING TO PAY FILING FEE, FILE AMENDED COMPLAINT, AND RESPOND TO COURT ORDER; ENTRY OF JUDGMENT [JS-6]**

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1).

On June 8, 2026, the Court denied Plaintiff's request to proceed IFP. Dkts. 3, 9. Plaintiff was directed to pay the full filing fee and separately file a notice indicating it had been paid. Dkt. 9. Additionally, due to the serious jurisdictional defects in the Complaint, the Court directed Plaintiff to file an Amended Complaint that adequately pled federal-court jurisdiction and sufficient facts to state a valid federal claim. *Id*. The Court warned that if Plaintiff did not comply with these directives within 30 days, the case would be dismissed without prejudice. *Id*.

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of

prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) ("there [is] nothing for the district court to do but dismiss the action" when a plaintiff fails to establish IFP status and does not pay the filing fee), *cert. denied*, 144 S. Ct. 2604 (2024); *Jeffrey H. v. Comm'r*, Soc. Sec. Admin., 2019 WL 2870082, at *2 (D. Or. July 3, 2019) (dismissing for failing to prosecute and comply with court orders where plaintiff failed to follow scheduling rules and had taken no action in response to order to show cause).

**IT IS SO ORDERED**.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

.